General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

RAELUN STEPHENS SR.
KR & R APPLIANCE
SERVICES [illegible]
List the full name of each plaintiff in this action.

Case Number : ____________

VS.

AT&T
AUTOMATION PERSONNEL
SERVICES INC.
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

(1) Employ Counsel (circled)
(2) Court - Appointed Counsel (circled)
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

KEN PAXTON 4600 HWY 6 N, HOUSTON TX 77084
3435 Wilshire Blvd Suit 1710 90010
SROURIAN LAW FIRM

C. Results of the conference with counsel:

Documentation has been presented to OFFice of KEN PAXTON, SROURIAN LAW FIRM has received messages and calls,

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ______Yes ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: ______________________________

2. Parties to previous lawsuit(s):

Plaintiff ______________________________

Defendant______________________________

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

______________________________

4. Docket number in other court. ______________________________

5. Name of judge to whom the case was assigned.

______________________________

6. Disposition: Was the case dismissed, appealed or still pending?

______________________________

7. Approximate date of disposition. ______________________________

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 RAELUN STEPHENS SR.

755 FLOYD EVANS RD MARSHALL, TX

75672

Pla #2 KR&R APPLIANCE

755 FLOYD EVANS RD MARSHALL, TX

75676

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: AT&T

P.O. Box 10758

SAN BERNARDINO, CA 92423-0758

Dft #2: AUTOMATION PERSONNEL SERVICES INC.

3500 COLONNADE PARKWAY Suite 500,

BIRMINGHAM, AL 35243 (VP) David Soileau

Dft #3

Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Vice President of Administration David Soileau of Automation Personnel Services, Inc Informed Mr. RAELUN STEPHENS SR. Notice of DATA BREACH. Nov 17, 2020 APS discovered suspicious activity impacting the operability of Certain Systems. Feb 3, 2021 APS confirmed that Some of Mr. RAELUN STEPHENS SR. information excuse me personal information. APS States that Social Security number and Financial account information.

April 25, 2024 AT&T determined on March 26, 2024 Customer information was included in a dataset released on the dark web on March 17, 2024 Mr. RAELUN STEPHENS SR. Personal information, Social Security number, date of birth, Phone number had been included in a Data Breach.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

For a Privacy Act against Mr. RAELWN STEPHENS SR. & KR&R APPLIANCE First Step for all the Cyber attacks, and mental stress over the years is to place a civil suit. First step to reach an agreement is a AO398 document.

Signed this 16th day of MAY (Month), 20 24 (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: MAY 16, 2024
Date

[signature]

Signature of each plaintiff